IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT WILLIAMS,

    Plaintiff,                       No. CIV S-09-0491 FCD DAD P

    vs.

GOMAN, et al.,

    Defendants.              <u>ORDER</u>

                            /

        On April 26, 2010, plaintiff filed a motion for legal stationary and a motion to proceed in forma pauperis. This civil rights action was closed on December 3, 2009. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for legal stationary (Doc. No. 9) is denied; and

        2. Plaintiff's motion to proceed in forma pauperis (Doc. No. 10) is denied.

DATED: May 4, 2010.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp:sj
will0491.58